# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

CASE NO.: 3:24-cv-00643

ADREN MITCHELL, on behalf himself
and others similarly situated,

Plaintiff,

v.

APOLLO INTERACTIVE INSURANCE
SOLUTIONS LLC,

Defendant.

_____/

## DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

APOLLO INTERACTIVE INSURANCE SOLUTIONS LLC, hereby files this Certificate of Interested Persons and Corporate Disclosure Statement pursuant to Federal Rules of Civil Procedure Rule 7.1 as follows:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have any interest in the outcome of this action - including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

    a. **Apollo Interactive Insurance Solutions, LLC**
       **c/o undersigned counsel**

    b. **Cody German, Esq.**
       **Nicholas Nash, Esq.**
       **Cole, Scott & Kissane, P.A.**
       **P.O. Box 569015**

> Miami, Florida 33256
> Telephone (786) 268-6415
> Facsimile (305) 373-2294
> **Counsel for Apollo Interactive Insurance Solutions, LLC**

c. **Rachel E. Kaufman, Esq.**
**Avi R. Kaufman, Esq.**
**Counsel for Plaintiff**

d. **Plaintiff, Adren Mithcell**
**c/o Counsel for Plaintiff**

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

    **None.**

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

    **None.**

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

    **None.**

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case and will immediately notify the Court in writing on learning of any such conflict.

## **CORPORATE DISCLOSURE STATEMENT**

Defendant hereby submits its corporate-disclosure statement under Federal Rule of Civil Procedure 7.1 and identifies the following parent company, which is privately owned: (1) Apollo Interactive LLC.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of August 2024, a true and correct copy of the foregoing has been furnished by electronic filing with the Clerk of the court via CM/ECF, which will send notice of electronic filing to all counsel of record.

        COLE, SCOTT & KISSANE, P.A.
*Counsel for Defendant Apollo Interactive Insurance Solutions, LLC*
Cole, Scott & Kissane Building
9150 South Dadeland Boulevard, Suite 1400
P.O. Box 569015
Miami, Florida 33256
Telephone (786) 268-6415
Facsimile (305) 373-2294
Primary e-mail: cody.german@csklegal.com
Alternate e-mail: nicholas.nashii@csklegal.com
Secondary e-mail: nicolle.quant@csklegal.com

By: *s/ Cody German*
CODY GERMAN
Florida Bar No.: 58654
NICHOLAS M. NASH, II
Florida Bar No.: 1017063